No. 82–6729.  DAVIS v. ILLINOIS, 464 U. S. 1001;

No. 83–131.  WAINWRIGHT, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS v. GOODE, 464 U. S. 78;

No. 83–555.  RUSSELL STOVER CANDIES, INC. v. DEPARTMENT OF REVENUE OF MONTANA, 464 U. S. 988;

No. 83–609.  BLAIR ET AL. v. BOULGER, 464 U. S. 995;

No. 83–5411.  BANKS v. ALABAMA, 464 U. S. 1010;

No. 83–5477.  YELVERTON v. BLUE BELL, INC., 464 U. S. 998;

No. 83–5497.  KISH v. BENEDEK ET AL., 464 U. S. 999;

No. 83–5620.  DEAN v. UNITED STATES, 464 U. S. 1014; and

No. 83–5666.  SRUBAR ET UX. v. DEPARTMENT OF THE TREASURY, INTERNAL REVENUE SERVICE, 464 U. S. 1012.  Petitions for rehearing denied.

## JANUARY 31, 1984

No. 83–455.  MEACHUM, DIRECTOR, OKLAHOMA DEPARTMENT OF CORRECTIONS, ET AL. v. BATTLE ET AL.  C. A. 10th Cir.  Certiorari dismissed under this Court's Rule 53.

## FEBRUARY 21, 1984

No. 83–870.  CONNECTICUT ET AL. v. UNITED STATES ET AL.  Affirmed on appeal from C. A. 2d Cir.

No. 82–1888.  VOLKSWAGENWERK A. G. v. FALZON ET AL., INDIVIDUALLY AND AS NEXT FRIENDS OF FALZON ET AL.  Appeal from Sup. Ct. Mich. dismissed for want of jurisdiction.

No. 83–1076.  NATIONAL ENQUIRER, INC. v. BURNETT.  Appeal from Ct. App. Cal., 2d App. Dist., dismissed for want of jurisdiction.